# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

STEPHEN CHARGIN,

          Plaintiff,

    v.

NANDAN BHATT, et. al.,

          Defendants.

_____/

CV F 02- 5751 REC LJO P

THIRD ORDER DIRECTING THE US
MARSHAL TO INITIATE SERVICE OF
PROCESS ON DEFENDANT HERNANDEZ
WITHOUT PREPAYMENT OF COSTS

Stephen Chargin  ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 4, 2005, this Court issued Findings and Recommendations that case against the remaining Defendant Hernandez, be dismissed for Plaintiff's failure to provide sufficient information that would enable the U.S. Marshal to serve him.  Plaintiff filed Objections on February 22, 2005, requesting that the Court attempt service again and require the California Department of Corrections to cooperate.  Previous attempts by the U.S. Marshal to serve Defendant Hernandez were unsuccessful.  The Litigation Coordinator at Corcoran State Prison

1

1   indicated that there were numerous Correctional Officers employed at CSP-Corcoran and that a

2   first name or initial was needed before service could be effected.

3        In his Objections, Plaintiff provides information that the Defendant Hernandez he sought

4   to serve was on the second watch (day shift) assigned to the Security Housing Unit (SHU) at

5   CSP-Corcoran, Building 4A-1R-22 on January 15, 2002.

6        The court and the Marshal have a statutory duty to service process on Plaintiff's behalf,

7   and the response given to the Marshal by Litigation Coordinator at CSP-Corcoran to date is

8   insufficient to allow the court to discharge this duty on the ground that Defendant Hernandez

9   cannot be located.  28 U.S.C. 1915(d); Fed. R. Civ. P. 4(c)(2).  Accordingly, IT IS HEREBY

10  ORDERED that:

11       1.    The Clerk of the Court is DIRECTED to forward the following documents to the

12             United States Marshal:

13             (1)    One completed and issued summons for Defendant C/O Hernandez to be

14             served;

15             (2)    One completed USM-285 form for Defendant C/O Hernandez to be

16                    served;

17             (3)    One copy of the Amended Complaint filed on August 12, 2002 for

18                    Defendant Hernandez, plus an extra copy for the Marshal;

19             (4)    One copy of this order for Defendant C/O Hernandez be served, plus an

20                    extra copy for the Marshal;

21             (5)    One copy of the Court's consent form for Defendant C/O Hernandez to be

22                    served.

23       2.    Within **TEN (10)** days from the date of this Order, the United States Marshal is

24             directed to notify the Defendant C/O Hernandez of the commencement of this

25             action and to request a waiver of service in accordance with the provisions of Fed.

26             R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

27                              **C/O HERNANDEZ**

28       3.    The U.S. Marshal is DIRECTED to retain the summons and a copy of the

2

1    complaint in their file for future use.

2    4.    The United States Marshal SHALL file returned waivers of service as well as any

3          requests for waivers of service that are returned as undelivered as soon as they are

4          received.

5    5.    In attempting to identify and locate Defendant Hernandez, if the Litigation Office

6          at CSP-CORCORAN is unable to assist, the Marshal is DIRECTED to seek the

7          assistance of the Employment Office at CSP-CORCORAN, and, if necessary,

8          contact the Legal Affairs Division in Sacramento and request the assistance of a

9          special investigator.[1]

10   6.    If a waiver of service is not returned by a defendant within sixty days of the date

11         of mailing the request for waiver, the United States Marshal shall:

12         a.    Personally serve process and a copy of this Order upon the Defendant

13               pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

14               § 566(c) and shall command all necessary assistance from the California

15               Department of Corrections (CDC) to execute this order.  The United States

16               Marshal SHALL maintain the confidentiality of all information provided

17               by the CDC pursuant to this order.

18         b.    Within **TEN (10)** days after personal service is effected, the United States

19               Marshal shall file the return of service for the Defendant, along with

20               evidence of any attempts to secure a waiver of service of process and of

21               the costs subsequently incurred in effecting service on said defendant.

22               Said costs shall be enumerated on the USM-285 form and shall include the

23               costs incurred by the Marshal's office for photocopying additional copies

24               of the summons and complaint and for preparing new USM-285 forms, if

25               required.  Costs of service will be taxed against the personally served

26               defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

27

28   [1] If necessary, the Marshal's Office may contact the pro se writ clerk at (559) 498-7227 to obtain the telephone and facsimile numbers for the Employment Office at CSP-CORCORAN.

3

7.   In the event that Defendant makes an appearance in this action by filing an Answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve Defendant.

8.   In the event that Defendant either waives service or is personally served, Defendant is required to reply to the complaint.  42 U.S.C. § 1997e(g)(2).


IT IS SO ORDERED.

**Dated:    June 21, 2005**                                    **/s/ Lawrence J. O'Neill**
b9ed48                                               UNITED STATES MAGISTRATE JUDGE