# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHARGIN, | CV F   02-5751 REC LJO P |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (Doc. 174.) |
| BHATT, et. al., | |
| Defendants. / | |

Stephen Chargin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 3, 2006, Defendant Hernandez moved for an extension of time to file a responsive pleading and submitted a Declaration in support of the request.   Good cause having been presented, Defendant's request is GRANTED.   The responsive pleading is due within THIRTY (30) days of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   January 10, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                UNITED STATES MAGISTRATE JUDGE