UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHARGIN,<br><br>             Plaintiff,<br><br>     vs.<br><br>JOHNNY DANG, et al.,<br><br>             Defendants.<br>_____/ | 1:02-cv-05751-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 78)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 76)<br><br>**ORDER DISMISSING ACTION** |

     Stephen Chargin ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On May 8, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed May 8, 2006,
are ADOPTED IN FULL;

   2.   Defendant's Motion to Dismiss, filed February 8, 2006,
is GRANTED; and,

   3.   This action is DISMISSED on the grounds that Plaintiff
has failed to exhaust his administrative remedies.

IT IS SO ORDERED.

**Dated:   August 3, 2006**                      **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE